# Exhibit A

| | |
|---|---|
| RETURN DATE: MARCH 6, 2018 | : SUPERIOR COURT |
| ALEXBAY LLC | : J.D. OF NEW HAVEN |
| v. | : AT NEW HAVEN |
| QBE INSURANCE CORPORATION | : FEBRUARY 5, 2018 |

## COMPLAINT

1. The Plaintiff, Alexbay LLC, is now, and at all relevant times was, a limited liability company with a place of business at 30 Corporate Drive, North Haven, Connecticut.

2. The Defendant, QBE Insurance Corporation ("QBE"), is now, and at all relevant times was, an insurance carrier with a principal place of business in New York. QBE is now, and at all relevant times was, duly authorized to engage in the business of insurance in the State of Connecticut.

3. On or about March 31, 2016, the Plaintiff purchased an insurance policy from the Defendant, identified by Policy Number QPL0192783 ("the Insurance Policy"). A copy of the Insurance policy is attached hereto as Exhibit A.

4. The Insurance Policy period covered from March 31, 2016 to March 31, 2017.

5. The Limit of Liability for the Insurance Policy was $7,000,000 per claim/$7,000,000 aggregate.

6. The Insurance Policy covered Directors & Officers and Entity Liability, Employment Practices Liability and Fiduciary Liability.

7. The premium paid by the Plaintiff for this Insurance Policy was $49,860.00.

1

8. In Section VI, DEFENSE AND SETTLEMENT, the Insurance Policy states: "With respect to any **Claim** under any **Liability Coverage Part**, the Insurer shall have the right and duty to defend any **Claim**, unless otherwise specifically stated in a particular **Liability Coverage Part**. The Insurer shall have such right and duty to defend even if any of the allegations in such **Claim** are groundless, false or fraudulent. Any such duty to defend shall cease upon exhaustion of the applicable Limit of Liability."

9. The definition of a Claim pursuant to the Insurance Policy includes a civil proceeding evidenced by the serving of a complaint.

10. On December 9, 2016, the Plaintiff was named as a defendant in a lawsuit filed in the United States District Court for the Southern District of New York captioned <u>Kleeburg, et al. v. Eber, et al.</u>, Civil Action Number 1:16-cv-09517-LAK ("the Underlying Lawsuit").

11. Pursuant to all terms, conditions and requirements of the Insurance Policy, the Plaintiff notified the Defendant of the Underlying Lawsuit and timely requested defense and indemnification coverage.

12. On February 14, 2017, the Defendant denied the Plaintiff's request for insurance coverage for the Underlying Lawsuit, disclaiming any obligation to defend or indemnify the Plaintiff.

13. In denying the Plaintiff's request for defense and indemnification coverage under the Insurance Policy, the Defendant asserts that the Underlying Lawsuit is related to 2012 and 2014 lawsuits that are referenced in the AIG Loss Run Report.

14. The 2012 lawsuit was commenced by a law firm to collect unpaid legal fees.

2

15. The 2014 lawsuit was commenced to enforce the judgment that was entered for the law firm in the 2012 lawsuit.

16. The Underlying Lawsuit is based upon claims for alleged breach of fiduciary duties owed to the plaintiffs.

17. The Underlying Lawsuit is not based upon, does not arise out of and does not result from unpaid legal fees or a law firm's attempt to enforce a court order concerning unpaid legal bills.

18. There is no basis in the Insurance Policy for the Defendant to deny the Plaintiff coverage for the Underlying Lawsuit.

19. In denying coverage as alleged, the Defendant breached its obligations under the Insurance Policy.

20. As a result of the Defendant's breach of the Insurance Policy, the Plaintiff has incurred costs, fees and expenses associated with its defense of the Underlying Lawsuit.

WHEREFORE, the Plaintiff claims money damages, interest and such other and further relief as the law or equity may apply.

THE PLAINTIFF,
ALEXBAY LLC

By: _____
Thomas G. Parisot
Secor, Cassidy & McPartland, P.C.
41 Church Street
Waterbury, CT 06723-2818
Tel. No. (203) 757-9261
Fax No: (230) 756-5762

RETURN DATE:  MARCH 6, 2018     :     SUPERIOR COURT

ALEXBAY LLC

                                                           :     J.D. OF NEW HAVEN

v.

                                                           :     AT NEW HAVEN

QBE NORTH AMERICA     :     FEBRUARY 5, 2018

## STATEMENT OF AMOUNT IN DEMAND

WHEREFORE, Plaintiff claims money damages which are in excess of FIFTEEN THOUSAND DOLLARS ($15,000), exclusive of costs and interest.

                                         THE PLAINTIFF,
                                         ALEXBAY LLC

By: _____
        Thomas G. Parisot
        Secor, Cassidy & McPartland, P.C.
        41 Church Street
        Waterbury, CT 06723-2818
        Tel. No. (203) 757-9261
        Fax No: (230) 756-5762

4

S:\170393\Complaint.docx

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | March 6, 2018 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New Haven | Case type code (See list on page 2) Major: C   Minor: 20 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) Thomas G. Parisot, Secor, Cassidy & McPartland, P.C., 41 Church Street, Waterbury, CT 06702 | Juris number (to be entered by attorney only) 305098 |
|---|---|
| Telephone number (with area code) ( 203 ) 757-9261 | Signature of Plaintiff (if self-represented) |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) tgp@ctlawyers.com |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Alexbay LLC  Address: 30 Corporate Drive, North Haven, CT 06473 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: QBE Insurance Corporation, c/o Commissioner of Insurance, State of Connecticut  Address: 153 Market Street, Hartford, CT 06103 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) /s/ | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Thomas G. Parisot | Date signed 02/05/2018 |
|---|---|---|---|

| If this Summons is signed by a Clerk:  a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.  b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.  c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.  d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | For Court Use Only  File Date |
|---|---|

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)