# Exhibit B

| | | |
|---|---|---|
| DOCKET NO. NNH-CV-18-6077911-S | : | SUPERIOR COURT |
| ALEXBAY LLC | : | J.D. OF NEW HAVEN |
| v. | : | AT NEW HAVEN |
| QBE INSURANCE CORPORATION | : | MARCH 9, 2018 |

## NOTICE TO STATE COURT OF REMOVAL

**PLEASE TAKE NOTICE THAT**, on March 9, 2018, Defendant, QBE Insurance Corporation ("Defendant"), filed in the United States District Court for the District of Connecticut a Notice of Removal of the above-captioned action. This action now stands removed from the Superior Court for the State of Connecticut, Judicial District of New Haven, to the United States District Court for the District of Connecticut. A copy of the Notice of Removal filed in the District Court is attached hereto as **Exhibit A**. You are advised to take no further action in this matter.

Respectfully submitted,

QBE INSURANCE CORPORATION,
By its attorneys,

/s/ Michael T. Grant
Michael T. Grant, Juris No. 429165
*LeClairRyan, PLLC*
One International Place, Suite 1110
Boston, MA 02110
Phone: (617) 502-8229
Fax: (617) 502-8269
michael.grant@leclairryan.com

Dated:    March 9th, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2018, a copy of the foregoing was served via first-class mail, on the following:

Thomas G. Parisot, Esq.
Secor, Cassidy & McPartland, P.C.
41 Church Street
Waterbury, CT 06723-2818

/s/ Michael T. Grant

2