## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

ALEXBAY LLC,                          :
                                      :
                     *Plaintiff,*     :          CASE NO: 18-cv-00423-VAB
                                      :
v.                                    :
                                      :
QBE INSURANCE CORPORATION,            :
                                      :
                     *Defendant.*     :
                                      :

---

### ANSWER OF DEFENDANT, QBE INSURANCE CORPORATION, TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against the Defendant upon which relief can be granted.

### SECOND DEFENSE

The Defendant, QBE Insurance Corporation, hereby answers Plaintiff's Complaint, paragraph by paragraph, as follows:

1.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations set forth in this paragraph and, therefore, neither admits nor denies the same.

2.     Admitted.

3.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

4.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

5.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

6.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

7.     Admitted.

8.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

9.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

10.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

11.     Defendant admits that on December 14, 2016 Plaintiff's agent notified Defendant of the lawsuit referenced in paragraph 10 of Plaintiff's Complaint. The remainder of Plaintiff's allegations in this paragraph refer to the contents of a document which speaks for itself, and/or set forth a conclusion of law, to which no response is required by Defendant.

12.     Defendant admits that the claim was denied. The remaining allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response to said allegations is required by Defendant.

13.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

14.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

15.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

16.     The allegations in this paragraph refer to the contents of a document which speaks for itself and, therefore, no response is required by Defendant.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

WHEREFORE, Defendant denies that Plaintiff is entitled to any judgement, award or other relief against it.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff is estopped by its own conduct and actions to recover any judgment against Defendant.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has waived any and all rights it may have had against Defendant and, therefore, Plaintiff cannot recover in this action.

## THIRD AFFIRMATIVE DEFENSE

If Plaintiff suffered damages, as alleged, such damages were not caused by any act or omission of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Plaintiff has not been damaged as a result of any act or omission by Defendant.

## FIFTH AFFIRMATIVE DEFENSE

Defendant did not owe any duty to Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint should be dismissed because Plaintiff has suffered no damages legally attributable to Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The terms and conditions of the subject insurance policy do not provide coverage for the allegations set forth in Plaintiff's Complaint or the underlying civil action.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint fails due to the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

The terms and conditions of the subject insurance policy have not been met or satisfied by the insured.

## TENTH AFFIRMATIVE DEFENSE

Exhaustion of the self-insured retention in the subject policy is a condition precedent to coverage.

## JURY CLAIM

Defendant demands a trial by jury on all issues so triable.

Respectfully submitted,
Defendant,
QBE Insurance Corporation,
By its attorneys,


/s/ Michael T. Grant
Michael T. Grant (ct27968)
LeClairRyan PLLC
One International Place, Suite 1110
Boston, MA 02110
Phone:  (617) 502-8229

Fax:  (617) 502-8269

michael.grant@leclairryan.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

/s/ Michael T. Grant
Michael T. Grant

904135923.1