## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXBAY LLC, | ) | CASE NO.: 18-cv-00423 |
|       Plaintiff, | ) | |
| v. | ) | |
| QBE INSURANCE CORPORATION, | ) | |
|       Defendant. | ) | April 23, 2018 |

### **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff, Alexbay LLC, a private, non-governmental party, certifies that it has no parent corporations and no publicly held company that owns 10% or more of its stock.

                      THE PLAINTIFF,
                      ALEXBAY LLC

                      _____/s/Connor P. McNamara_____
                      By:  Connor P. McNamara
                      Secor, Cassidy & McPartland, P.C.
                      41 Church Street
                      Waterbury, CT  06702
                      Phone:  203-757-9261
                      Fax:  203-756-5762

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing, and all attachments and exhibits appended thereto, was sent on this date via U.S. Mail or electronically delivered to all counsel and self-represented parties of records and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served:

Patrick Voke
Michael Grant
LeClairRyan, PLLC
One International Place
Suite 1110
Boston, MA 02110
Michael.grant@leclairryan.com
Patrick.voke@leclairryan.com

Dated:   April 23, 2018

                                            THE PLAINTIFF,
                                            ALEXBAY LLC

                                            ___/s/Connor P. McNamara_____
                                            By: Connor P. McNamara
                                            Secor, Cassidy & McPartland, P.C.
                                            41 Church Street
                                            Waterbury, CT  06702
                                            Phone:  203-757-9261
                                            Fax:  203-756-5762
                                            cpm@ctlawyers.com