UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXBAY LLC, | |
| *Plaintiff,* | CASE NO: 18-cv-00423-VAB |
| v. | |
| QBE INSURANCE CORPORATION, | |
| *Defendant.* | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant, QBE Insurance Corporation, hereby discloses that it is a wholly-owned subsidiary of QBE Reinsurance Corporation, which is not a publicly held corporation.

Respectfully submitted,

QBE INSURANCE CORPORATION
By its attorneys,

_____/s/ Michael T. Grant_____
Michael T. Grant (ct27968)
LeClairRyan PLLC
One International Place, Suite 1110
Boston, MA 02110
617-502-8200
*Michael.grant@leclairryan.com*

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and sent to all non-registered participants via first class mail on April 27, 2018.

                              /s/ Michael T. Grant