# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

ALEXBAY LLC,
    Plaintiff,

  v.

QBE INSURANCE CORP.,
    Defendant.

No. 3:18-cv-00423 (VAB)

## SCHEDULING ORDER

Following a telephonic status conference, the Court adopts the following schedule in this case:

- Defendant's amendment of the pleadings due 6/15/2018;
- Depositions of fact witnesses completed by 11/2/2018;
- Fact discovery closes on 11/2/2018;
- Dispositive Motions due by 1/11/2019;
- The Court will convene a post-discovery telephonic status conference on 11/15/2018 at 10:30 a.m. Once all counsel are on the line, please call Chambers at (203) 579-5562;
- Damages analysis due 4/19/2019;
- Plaintiff's disclosure of expert witnesses and reports by 4/19/2019;
- Defendant's disclosure of expert witnesses and reports by 4/19/2019;
- Depositions of Plaintiff's expert witnesses by 5/24/2019;
- Depositions of Defendant's expert witnesses by 5/24/2019;
- Discovery closes on 5/24/2019;
- Joint trial memorandum due 6/28/2019; and
- Trial ready by 9/9/2019.

**SO ORDERED** at Bridgeport, Connecticut, this 10th day of May, 2018.

        /s/ Victor A. Bolden
        VICTOR A. BOLDEN
        UNITED STATES DISTRICT JUDGE